ORIGINAL

SLR:LDM:CSK
F# 2011V01282/2009R00637
StiptoStay.wpd

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

                Plaintiff,

     -against-

VARIOUS ANTIQUITIES, CULTURAL
PROPERTY, AND ASSETS HELD IN THE
NAME OF OR FOR THE BENEFIT OF
WINDSOR ANTIQUES AND/OR
MOUSA KHOULI, et. al.

       Defendants in Rem.

- - - - - - - - - - - - - - - - - -X

STIPULATION AND ORDER FOR
A STAY OF AN ANSWER AND
DISCOVERY

CV 11-2889 (ERK)(SMG)
(Related to CR 11-340)

       IT IS HEREBY STIPULATED AND AGREED by and between the

plaintiff, UNITED STATES OF AMERICA, and Claimant, MOUSA KHOULI,

individually, and on behalf of Windsor Antiquities, Inc., as its

president and sole shareholder, by and through their respective

undersigned counsel, that pursuant to Fed. R. Civ. P. 26 (c), and

18 U.S.C. § 981(g), the above-captioned civil action is hereby

stayed until thirty (30) days after all final dispositions in the

related criminal action United States v. Khouli et. al, (CR 11-

340) (ERK), at which time Claimant shall file an Verified Answer

to the Verified Complaint in Rem, or any amendments thereto, as

required by Rule G(5)(b) of the Supplemental Rules for Admiralty

or Maritime Claims and Asset Forfeiture Actions and, thereafter,

plaintiff, United States, shall contact the assigned Magistrate

Judge to request a date for the Initial Conference in order to

set a discovery schedule.

Dated: Brooklyn, New York
~~August~~      , 2011
September 12

LORETTA E. LYNCH
United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201
Attorney for Plaintiff


By:  _____
Claire S. Kedeshian
Asst. U.S. Attorney
(718) 254-6051
claire.kedeshian@usdoj.gov


Dated:  New York, New York
August 3⎱ , 2011

COWAN, LIEBOWITZ & LATMAN
1133 Avenue of the Americas
New York, New York 10036-6799
Attorney for Claimant


By:  _____
Carl B. Soiler, Esq.
Don M. Obert, Esq.
(212) 790-9231/9245
crs@cll.com
dmo@cll.com


SO ORDERED:
on this _____ day of August, 2011


_____
HONORABLE EDWARD R. KORMAN
United States District Judge
Eastern District of New York